IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARGARET IVEY,<br><br>   Plaintiff,<br><br>   v.<br><br>UNIVERSAL HEALTH SERVICES, INC.,<br><br>   Defendant. | CIVIL ACTION NO.: 4:23-cv-355 |

**O R D E R**

Plaintiff filed this action on December 19, 2023.  (Doc. 1.)  Pursuant to Federal Rule of Civil Procedure Rule 4(b), Plaintiff may present a summons to the Clerk of Court for signature and seal.  Additionally, this Court's Local Rule 4.1 provides that unless a waiver of service is to be utilized, Plaintiff must present a completed summons when filing the Complaint.  Plaintiff has not presented or otherwise requested a summons from the Court or indicated that she has asked Defendant to waive service.  Within fourteen days of the date of this Order, Plaintiff shall either present a summons or indicate that she is utilizing waiver of service.  Plaintiff is cautioned that failure to comply with this Order may result in dismissal of her Complaint.  Additionally, nothing in this Order extends the deadline for service set forth in Federal Rule of Civil Procedure 4(m).

**SO ORDERED**, this 7th day of February, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA