IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARGARET IVEY,

    Plaintiff,

v.

UHS OF SAVANNAH, LLC, d/b/a
COASTAL HARBOR TREATMENT
CENTER,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-355

# O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's December 31, 2025, Report and Recommendation, (doc. 34), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 34.) Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 24.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 23rd day of January, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA