AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARGARET IVEY,

    Plaintiff,

v.

UHS OF SAVANNAH, LLC, d/b/a
COASTAL HARBOR TREATMENT CENTER,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-355

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's January 23, 2026 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court, and Plaintiff's Amended Complaint is dismissed. This case stands closed.



1/23/2026
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020